# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>John R. Smith<br>& Lynda K. Smith,<br><br>            Debtors, | Case No. 23-20103 CMB<br><br>Chapter 13 |
| John R. Smith<br>& Lynda K. Smith,<br><br>            Movants<br><br>       v.<br><br>RONDA J .WINNECOUR, CHAPTER 13 TRUSTEE,<br><br>            Respondent | |

### SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING PROPOSED ORDER  CONFIRMING PLAN ON FINAL BASIS

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Chapter 13 Plan dated January 29, 2023.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☐   An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics. It is respectfully requested that the attached order be entered by the Court.

NO REDLINE EXISTS BECAUSE THIS IS AN ORIGINAL ORDER PREPARED BY THE CHAPTER 13 TRUSTEE.

☐   No other order has been filed pertaining to the subject matter of this agreement.

☐   The attached document does not require a proposed order.

Dated: February 27, 2023    WHITEFORD TAYLOR & PRESTON LLP

*/s/Jana S. Pail*
Jana S. Pail (PA ID 88910)
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
jpail@wtplaw.com

*Attorney for Kathleen Shook*