IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | **Bankruptcy Case No.** 23-20103-CMB |
| | ) | |
| John R. Smith and | ) | |
| Lynda K. Smith, | ) | |
| **Debtor,** | ) | **Chapter** 13 |
| _____ | ) | |
| | ) | |
| John R. Smith and | ) | |
| Lynda K. Smith, | ) | **Doc. No.** |
| | ) | |
| **Movants,** | ) | **Related to Doc. No. 31, 32** |
| v. | ) | |
| LoanDepot.com, LLC | ) | |
| | ) | |
| **Respondent.** | ) | |

## CERTIFICATE OF SERVICE

I, Jana S. Pail, certify under penalty of perjury that the Motion for Status Conference Regarding Mortgage Loan Account, as well as the exhibits, proposed order and Notice of Hearing, were served on the following by electronic service this 5th day of December 2023:

Brian Nicholas on behalf of Creditor LOANDEPOT.COM, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Dated: December 5, 2023

WHITEFORD TAYLOR & PRESTON LLP

*/s/Jana S. Pail*
Jana S. Pail (PA ID 88910)
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
412-567-7556
jpail@Whitefordlaw.com

*Attorney for Debtors*