IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  John R. Smith and
      Lynda K. Smith

Case No. 23-20103-CMB

Chapter 13
Related to Doc. No. 37

Debtor(s).

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❏    a motion to dismiss case or certificate of default requesting dismissal

❏    a plan modification sought by: _____

❏    a motion to lift stay
      as to creditor _____

☒    Other:    Clarifying language relating to Part 4.3 of the Plan.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated January 29, 2023.
❏ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

❏    Debtor(s) Plan payments shall be changed from $_____ to $_____ per _____, effective _____; and/or the Plan term shall be changed from ____ months to ____ months.

[04/22]                    -1-

❑ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑ Debtor(s) shall file and serve _____ on or before _____.

❑ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: Counsel fees are based on a retainer of $500.00.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]                    -2-

SO ORDERED, this  8th  day of  December        , 202 3

*[signature]*
United States Bankruptcy Judge

Stipulated by:                          Stipulated by:

/s/ Jana S. Pail                        /s/ James Warmbrodt
Counsel to Debtor                       Counsel to Chapter 13 Trustee

Stipulated by:                          FILED
                                        12/8/23 3:09 pm
                                        CLERK
__N/A_____                 U.S. BANKRUPTCY
Counsel to affected creditor            COURT - WDPA


cc:   All Parties in Interest to be served by Clerk


[04/22]                        -3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John R Smith  
Lynda K Smith  
    Debtors

Case No. 23-20103-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3  
Date Rcvd: Dec 08, 2023     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R Smith, Lynda K Smith, 116 Madison Avenue, Connellsville, PA 15425-3438 |
| 15562890 | + | Loan Depot.com, LLC, 6561 Irvine Center Drive, Irvine, CA 92618-2118 |
| 15579159 | | loanDepot.com, LLC, Attn: Bankruptcy5465 Legacy Drive, Suite, Plano, TX 75024 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 09 2023 01:03:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2023 00:06:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15562884 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2023 00:08:35 | Best Buy, P.O. Box 70601, Philadelphia, PA 19176-0601 |
| 15562885 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2023 01:03:52 | Citi Card/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15562886 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2023 00:06:00 | Comenity Bank/Playstation, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15562887 | + | Email/Text: mrdiscen@discover.com | Dec 09 2023 00:06:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 15564704 | | Email/Text: mrdiscen@discover.com | Dec 09 2023 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15569150 | | Email/Text: EBNBKNOT@ford.com | Dec 09 2023 00:06:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15568663 | | Email/Text: EBNBKNOT@ford.com | Dec 09 2023 00:06:00 | Ford Motor Credit Company, LLC, Dept 55953, P.O. Box 55000, Detroit MI, 48255-0953 |
| 15562888 | + | Email/Text: EBNBKNOT@ford.com | Dec 09 2023 00:06:00 | Ford Motor Company, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15583852 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 09 2023 00:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15581405 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2023 01:03:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15562893 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2023 00:06:00 | PNC Bank, P.O. Box 5580, Cleveland, OH 44101 |
| 15580382 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2023 00:06:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15585684 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2023 00:08:33 | Portfolio Recovery Associates, LLC, POB 12914, |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 08, 2023 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 15562892 | + | Email/Text: bkrgeneric@penfed.org | Dec 09 2023 00:05:00 | Pentagon Federal Credit Union, 2930 Eisenhower Avenue, Alexandria, VA 22314-4557 |
| 15599834 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2023 00:06:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15583182 | | Email/Text: bnc-quantum@quantum3group.com | Dec 09 2023 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15562895 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 09 2023 00:08:32 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15562896 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 09 2023 00:19:34 | SYNCB/Levin, P.O. Box 965036, Orlando, FL 32896-5036 |
| 15562897 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 09 2023 00:08:16 | SYNCB/Lowes, P.O. Box 965005, Orlando, FL 32896-5005 |
| 15562898 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 09 2023 00:19:19 | SYNCB/TJX, P.O. Box 965015, Orlando, FL 32896-5015 |
| 15563295 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 09 2023 00:08:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15569834 | + | Email/Text: bncmail@w-legal.com | Dec 09 2023 00:06:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15562899 | + | Email/Text: bncmail@w-legal.com | Dec 09 2023 00:06:00 | TD Bank/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 15562900 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 09 2023 00:19:48 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LOANDEPOT.COM, LLC |
| 15562883 | | Amber Smith |
| 15562891 | | Nicole Smith |
| 15562889 | *+ | Ford Motor Company, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15562894 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, P.O. Box 5580, Cleveland, OH 44101 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor LOANDEPOT.COM LLC bnicholas@kmllawgroup.com |
| Jana S. Pail | on behalf of Joint Debtor Lynda K Smith jpail@wtplaw.com llescallette@wtplaw.com |
| Jana S. Pail | on behalf of Debtor John R Smith jpail@wtplaw.com llescallette@wtplaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5