**Date: 01/09/2024 01:30 pm**

**In re:    John R Smith**
**Lynda K Smith**

**Bankruptcy No. 23-20103-CMB**
**Chapter: 13**
**Doc. # 35**

**Appearances:  Ronda Winnecour, Jana S. Pail, Denise Carlon**

**Nature of Proceeding: #31 Status Conference Regarding Mortgage Loan Account**

**OUTCOME: Status Conference held. Matter continued to March 26, at 2:30 PM. Attorney Pail to file Status Report on or by March 15.**

FILED
1/10/24 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 23-20103-CMB
John R Smith                                                                            Chapter 13
Lynda K Smith
        Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Jan 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | John R Smith, Lynda K Smith, 116 Madison Avenue, Connellsville, PA 15425-3438 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor LOANDEPOT.COM  LLC bnicholas@kmllawgroup.com |
| Jana S. Pail | on behalf of Joint Debtor Lynda K Smith jpail@wtplaw.com  llescallette@wtplaw.com |
| Jana S. Pail | on behalf of Debtor John R Smith jpail@wtplaw.com  llescallette@wtplaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                          User: auto                                Page 2 of 2
Date Rcvd: Jan 10, 2024                  Form ID: pdf900                     Total Noticed: 1
TOTAL: 5