# PROCEEDING MEMO

**Date: 04/25/2024 02:30 pm**

**In re:   John R Smith**
**          Lynda K Smith**

**Bankruptcy No. 23-20103-CMB**
**Chapter: 13**
**Doc. #35**

**Appearances:  Kate DeSimone, Jana S. Pail, Denise Carlon**

**Nature of Proceeding: #35 Continued Status Conference Regarding Mortgage Loan Account of LoanDepot .com, LLC**

**OUTCOME:  Status Conference held. Matter continued to June 4, 2024, at 1:30 PM. Debtors need time to obtain their April mortgage statement.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
4/25/24 3:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA