IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy Case No. 23-20103-CMB |
| | ) | |
| John R. Smith and | ) | Chapter 13 |
| Lynda K. Smith, | ) | |
|     Debtors, | ) | Doc. No. |
| _____ | ) | |
| | ) | Related to Doc. No. 35 |
| John R. Smith and | ) | |
|     Lynda K. Smith, | ) | Hearing Date and Time: June 4. 2024 at |
| | ) | 1:30 p.m. |
|     Movants, | ) | |
| v. | ) | |
| LoanDepot.com, LLC | ) | |
| | ) | |
|     Respondent. | ) | |

## WITHDRAWAL OF MOTION FOR STATUS CONFERENCE REGARDING MORTGAGE LOAN ACCOUNT

    Please kindly withdraw the Motion for Status Conference Regarding Mortgage Loan Account, as the most recent informational statement correctly reflects the mortgage loan to be current.

    Respectfully submitted,

/s/ Jana S. Pail
_____
Jana S. Pail
WHITEFORD, TAYLOR & PRESTON L.L.P.
PA ID No. 88910
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
Tel: (412) 567-7556
Fax: (412) 567-7581
Email: jpail@Whitefordlaw.com