IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case Number 23-20103-CMB |
| John R. Smith and | ) | |
| Lynda K. Smith, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| _____ | ) | Docket No. 52 |
| | ) | |
| Whiteford Taylor & Preston, LLP | ) | Related to Docket No. 51 |
| | ) | |
| Applicant | ) | |
| | ) | |
| | ) | |
| vs. | ) | Objections Due: July 22, 2024 |
| | ) | |
| LoanDepot.Com, LLC, Portfolio Recovery Associates, LVNV Funding, LLC, Quantum3 Group LLC, Discover Bank, PNC Bank, Jefferson Capital Systems, LLC, TD Bank USA NA, Ford Motor Credit Company, LLC, Synchrony Bank and Ronda J. Winnecour, Trustee, | ) ) ) ) ) ) ) ) | Hearing Date and Time: August 13, 2024 at 2:30 p.m. |
| | ) | |
| Respondents. | ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING APPLICATION OF WHITEFORD, TAYLOR & PRESTON LLP FOR INTERIM COMPENSATIONMOTION**

TO THE RESPONDENT(S):

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than July 23, 2024 *[seventeen (17) days after the date of service below]*, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Böhm as found on her Procedures webpage at https://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A hearing will be held on August 13, 2024 at 2:30 p.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328. Only a limited time of ten (10) minutes is being provided on the calendar.  No witnesses will be heard.  If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Dated: July 6, 2024                          WHITEFORD TAYLOR & PRESTON LLP

                                              */s/Jana S. Pail*
                                              Jana S. Pail (PA ID 88910)
                                              11 Stanwix Street, Suite 1400
                                              Pittsburgh, PA 15222
                                              jpail@Whitefordlaw.com
                                              412-400-3833

                                              *Attorney for John R. Simth and Lynda K. Smith*