**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) Case Number 23-20103-CMB |
| John R. Smith and | ) |
| Lynda K. Smith, | ) Chapter 13 |
| | ) |
| Debtors | ) |
| _____ | ) Docket No. _____ |
| | ) |
| Whiteford Taylor & Preston, LLP | ) |
| | ) |
| Applicant | ) |
| | ) Objections Due: July 23, 2024 |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENTS | ) |
| | ) Hearing Date and Time: |
| | ) August 13, 2024 at 2:30 p.m. |

**CERTIFICATE OF SERVICE**

I, Jana S. Pail, certify under penalty of perjury that the Interim Application for Compensation by Counsel together with all exhibits and hearing notice were served on the following parties via the methods and dates indicated:

Via electronic notice on July 7, 2024

Denise Carlton on behalf of Creditor LOANDEPOT.COM, LLC
dcarlon@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Via first class mail, postage prepaid on July 9, 2024:

Ford Motor Credit Company, LLC
c/o AIS Portfolio Associates
4515 N. Santa Fe Ave
Dept APS

Oklahoma City OK 73118

Best Buy
P.O. Box 70601
Philadelphia, PA 19176

Citi Card/C ity Bank
P.O. Box 6241
Sioux Falls, SD 57117

Discovery Bank
P.O. Box 3025
New Albany, OH 43054

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud MN 56302

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

PNC Retail Lending
P. O. Box 94982
Cleveland, OH 44101

Pentagon FCU
2930 Eisenhower Ave
Alexandria, VA 22314

Portfolio Recovery Associates LLC
P.O. Box 41067
Norfolk, VA 23541

Quantum Group, LLC
P.O. Box 788
Kirkland, WA 98083

Synchrony Bank
C/O PRA Receivables Management LLC
P.O. Box 41021
Norfolk, VA 23541

The Home Depot
P.O. Box 6497
Sioux Falls, SD 57117

TD Bank USA, NA
c/o Weinsten & Riley, PS
2001 Western Ave, Suite 400
Seattle, WA 98121

John and Lynda Smith
116 Madison Ave
Connellsville, PA 15425

Dated: July 16, 2024                    WHITEFORD TAYLOR & PRESTON LLP

*/s/Jana S. Pail*
Jana S. Pail (PA ID 88910)
11 Stanwix Street, Suite 1400
Pittsburgh, PA 15222
412-567-7556
jpail@Whitefordlaw.com

*Attorney for Debtors*