IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case Number 23-20103-CMB |
| John R. Smith and | ) | |
| Lynda K. Smith, | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |
| _____ | ) | Docket No. _____ |
| | ) | |
| Whiteford Taylor & Preston, LLP | ) | |
| | ) | |
| Applicant | ) | Related to Doc. No.   51 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LoanDepot.Com, LLC, Portfolio Recovery | ) | |
| Associates, LVNV Funding, LLC, Quantum3 | ) | |
| Group LLC, Discover Bank, PNC Bank, | ) | |
| Jefferson Capital Systems, LLC, TD Bank USA | ) | |
| NA, Ford Motor Credit Company, LLC, | ) | |
| Synchrony Bank and Ronda J. Winnecour, | ) | |
| Trustee, | ) | **ENTERED BY DEFAULT** |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

## <u>ORDER OF COURT</u>

AND NOW, to-wit this __29th__ day of ____July_____, 2024 after consideration of

the Application for Interim Compensation by Counsel for Debtor it is hereby ORDERED,

ADJUDGED and DECREED that:

1.    The Application for Interim Compensation is approved in the additional amount of

$1,220.00 for work performed and fees incurred in the Chapter 13 case by Debtor's counsel from

December 2022 through June 2024;

2.      Before the approval of this Fee Application, the Debtor's counsel was paid a $1,000.00 retainer prior to filing and has been paid $4,500.00 by the Chapter 13 Trustee.  With approval of this Fee Application, the total amount of allowed fees in this case for Debtor' counsel is $6,720.00 with the total to be paid through the Plan by the Trustee being $5,720.00.00 in fees and $313.50 in costs. After application of the retainer and payments already disbursed by the Trustee, the net additional fees total $1,220.00 in fees plus an additional $313.50 in costs for a total of $1,533.50.

3.      Fees will be payable only to the extent provided for in a confirmed Chapter 13 Plan and/or stipulation with the Trustee increasing plan funding.

4.      The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

5.      The clerk shall record the total compensation as $6,720.00.

_Carlota M. Böhm_ **dmr**
Honorable Carlota M. Bohm
United States Bankruptcy Judge

FILED
7/29/24 3:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                    Case No. 23-20103-CMB
John R Smith                                              Chapter 13
Lynda K Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                    Page 1 of 2
Date Rcvd: Jul 29, 2024                 Form ID: pdf900               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R Smith, Lynda K Smith, 116 Madison Avenue, Connellsville, PA 15425-3438 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor LOANDEPOT.COM  LLC dcarlon@kmllawgroup.com |
| Jana S. Pail | |
| | on behalf of Joint Debtor Lynda K Smith jpail@raineslaw.com  llescallette@wtplaw.com |
| Jana S. Pail | |
| | on behalf of Debtor John R Smith jpail@raineslaw.com  llescallette@wtplaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Richard A. Barkasy | |
| | on behalf of Joint Debtor Lynda K Smith rbarkasy@wtplaw.com |
| Richard A. Barkasy | |
| | on behalf of Debtor John R Smith rbarkasy@wtplaw.com |

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7