IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 23-20103 CMB |
| JOHN R. SMITH and<br>LYNDA K. SMITH, | Chapter 13 |
| Debtors | |

## AMENDED NOTICE OF APPEARANCE

TO THE CLERK – U.S. BANKRUPTCY COURT:

Please kindly update my appearance on behalf of the Debtors, John R. Smith and Lynda K. Smith in the above captioned case and update my electronic notice as indicated below and update the mailing matrix to receive notices of all matters in this case.

Dated: August 5, 2024                            RAINES FELDMAN LITTRELL LLP

*/s/ Jana S. Pail*
Jana S. Pail, Esquire
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
Phone: 412-899-6493
Email: jpail@raineslaw.com