UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In RE:** | **Chapter:** 13 |
| JOHN R SMITH | **Claim Number:** 3 |
| LYNDA K SMITH | **Case Number:** 23-20103 |
| **Debtor(s)** | |

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Ford Motor Credit Company, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only          ☐ Payment only          ☑ Notice & Payment

**NOTICE ADDRESS**

| FROM: | TO: |
|---|---|
| Ford Motor Credit Company, LLC | Ford Motor Credit Company, LLC |
| P.O. Box 62180 | 4515 N. Santa Fe Ave. Dept. APS |
| Colorado Springs, CO 80962 | Oklahoma City, OK 73118 |

**PAYMENT ADDRESS**

| FROM: | TO: |
|---|---|
| Ford Motor Credit Company, LLC | Ford Motor Credit Company, LLC |
| Dept 55953 P.O. Box 55000 | PO Box 650004 |
| Detroit, MI 48255 | Dallas, TX 75265-0004 |

Date: 12/17/2024

/s/ Shreyansh Gandhi

Creditor's Authorized Agent for Ford Motor Credit Company, LLC

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In RE:

    JOHN R SMITH
    LYNDA K SMITH

**Debtor(s)**

Chapter: 13

Case Number: 23-20103

## Certificate of Service

I certify that on 12/17/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
JANA S PAIL
JPAIL@WTPLAW.COM

Trustee
RONDA J. WINNECOUR

/s/ Shreyansh Gandhi
Shreyansh Gandhi
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
833-965-2361
ECFNotices@aisinfo.com