IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 23-20103 - CMB |
| John R. Smith and ) | |
| Lynda K. Smith, ) | |
| ) | Chapter 13 |
| Debtor, ) | |
| ) | |
| ) | Docket No. _____ |
| Raines Feldman Littrell LLP ) | |
| ) | Related to Doc. No. 66 |
| Applicant ) | |
| ) | Response Deadline: September 4, 2025 |
| v. ) | |
| ) | |
| LoanDepot.Com, LLC, Portfolio Recovery ) | Hearing Date and Time: |
| Associates, LVNV Funding, LLC, ) | October 1, 2025, at 2:30 p.m. |
| Quantum3 Group LLC, Discover Bank, ) | |
| PNC Bank, Jefferson Capital Systems, LLC, ) | |
| TD Bank USA NA, Ford Motor Credit ) | |
| Company, LLC, Synchrony Bank and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| Respondents ) | |
| ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON
PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF
<u>JOHN AND LYNDA SMITH</u>**

To All Creditors and Parties in Interest:

1. Applicant represents John and Lynda Smith, the Debtors

2. This is (check one)

    ___    a final application

    X___   an interim application

    for the period July 2024 to July 2025

3. Previous retainer paid to Applicant: $_____.

4. Previous interim compensation allowed to Applicant: $_____.

5. Applicant requests additional:

    Compensation of $892.00

      6.     A hearing on the Application will be held with Judge Carlota M. Böhm via the Zoom Video Conference Application on October 1, 2025, at 2:30 p.m.

      7.     Any written objections must be filed with the court and served on the Applicant on or before September 4, 2025, (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Dated: August 22, 2025

Respectfully Submitted:

/s/ Jana S. Pail_____
Jana S. Pail, Esquire (PA ID 88910)
Raines Feldman Littrell LLP
11 Stanwix Street, Suite 1100
Pittsburgh, PA 15222
jpail@raineslaw.com
412-899-6493

*Counsel to John and Lynda Smith*