IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Case Number 23-20103-CMB |
| John R. Smith and ) | |
| Lynda K. Smith, ) | |
| ) | Chapter 13 |
| Debtors, ) | |
| ) | |
| _____ ) | Related to Docket Nos. 75 & 76 |
| ) | |
| Raines Feldman Littrell LLP ) | |
| ) | |
| Applicant ) | |
| ) | |
| v. ) | |
| ) | |
| LoanDepot.Com, LLC, Portfolio Recovery ) | |
| Associates, LVNV Funding, LLC, Quantum3 ) | |
| Group LLC, Discover Bank, PNC Bank, ) | |
| Jefferson Capital Systems, LLC, TD Bank ) | |
| USA NA, Ford Motor Credit Company, LLC, ) | |
| Synchrony Bank and Ronda J. Winnecour, ) | |
| Chapter 13 Trustee, ) | |
| ) | |
| Respondents. | |

### CERTIFICATE OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION BY COUNSEL FOR DEBTOR

The undersigned hereby certifies that, as of this date, no answer, objection or other responsive pleading to the Application for Compensation by Counsel for Debtor has been filed. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Order Scheduling Dates for Response and Hearing on Motion, objections were to be filed and served no later than September 12, 2025.

It is hereby requested that the Order attached to the Application for Compensation by Counsel for Debtor be entered.

Dated: September 15, 2025

Respectfully Submitted:

/s/ Daniel R. Schimizzi
Daniel R. Schimizzi (PA ID 311869)

Raines Feldman Littrell LLP
11 Stanwix Street, Suite 750
Pittsburgh, PA 15222
dschimizzi@raineslaw.com
412-899-6474

*Counsel to John and Lynda Smith*