IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTIST OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-20103 - CMB |
| John R. Smith and | ) |
| Lynda K. Smith, | ) |
| | ) Chapter 13 |
| Debtors, | ) |
| _____ | ) |
| | ) Docket No. _____ |
| Raines Feldman Littrell LLP | ) |
| | ) |
| Applicant | ) Related to Doc. No. 75 |
| v. | ) |
| | ) |
| LoanDepot.Com, LLC, Portfolio Recovery | ) |
| Associates, LVNV Funding, LLC, Quantum3 | ) |
| Group LLC, Discover Bank, PNC Bank, Jefferson | ) |
| Capital Systems, LLC, TD Bank USA NA, Ford | ) |
| Motor Credit Company, LLC, Synchrony Bank | ) |
| and Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| Respondents | ) **ENTERED BY DEFAULT** |
| | ) |

### ORDER OF COURT

AND NOW, to-wit this **17th** day of **September**, 2025 after consideration of the Amended Application for Interim Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Amended Application for Interim Compensation is approved in the additional amount of $892.50 for work performed and fees and costs incurred in the Chapter 13 case by Debtor's counsel from July 2024 through July 2025 is granted.

2. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan.

3. The clerk shall record the total compensation as $892.50.

*(signed)* Carlota M. Bohm    **dmr**

Honorable Carlota M. Bohm
United States Bankruptcy Judge

FILED
9/17/25 12:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-20103-CMB |
| John R Smith | Chapter 13 |
| Lynda K Smith | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R Smith, Lynda K Smith, 116 Madison Avenue, Connellsville, PA 15425-3438 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:

**Name**            **Email Address**

Daniel R. Schimizzi
    on behalf of Attorney Raines Feldman Littrell LLP dschimizzi@raineslaw.com  llescallette@raineslaw.com

Denise Carlon
    on behalf of Creditor LOANDEPOT.COM LLC dcarlon@kmllawgroup.com

Elizabeth Trachtman
    on behalf of Creditor Ford Motor Credit Company LLC ANHSOrlans@InfoEx.com

Jana S. Pail
    on behalf of Debtor John R Smith jana@paillaw.com  llescallette@raineslaw.com;rwetzel@raineslaw.com

Jana S. Pail
    on behalf of Joint Debtor Lynda K Smith jana@paillaw.com  llescallette@raineslaw.com;rwetzel@raineslaw.com

Office of the United States Trustee

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 17, 2025 | Form ID: pdf900 | Total Noticed: 1 |

        ustpregion03.pi.ecf@usdoj.gov

Richard A. Barkasy
        on behalf of Debtor John R Smith rbarkasy@santorolg.com

Richard A. Barkasy
        on behalf of Joint Debtor Lynda K Smith rbarkasy@santorolg.com

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 9