IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  JOHN R. SMITH and<br>LYNDA K. SMITH | Case No.   23-20103-CMN |
| Debtors | Chapter 13 |

## **AMENDED ENTRY OF APPEARANCE**

TO THE CLERK – U.S. BANKRUPTCY COURT:

Please kindly update my appearance on behalf of the Debtors, John R. Smith and Lynda K. Smith, in the above captioned case.

Dated: October 17, 2025

*/s/ Jana S. Pail*
Jana Pail, Attorney at Law
1178 Driftwood Drive
Pittsburgh PA 15243
Phone: 412-400-3833
Email: Jana@Paillaw.com

10393875.1