IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JOHN R. SMITH and | : | |
| LYNDA K. SMITH | : | Bankruptcy No. 23-20103-CMB |
| Debtors | : | |
| | : | Chapter 13 |
| JOHN R. SMITH and | : | |
| LYNDA K. SMITH | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

**DECLARATION OF PLAN**
**SUFFICIENCY FOR MORTGAGE PAYMENT CHANGE**

1. LoanDepot.com, LLC is the mortgage creditor in this case.

2. LoanDepot.com, LLC filed a Notice of Mortgage Payment Change on October 22, 2025 (the "Notice").

3. The Notice indicates that the mortgage payment will increase slightly to $541.87 beginning February 2026 due to an increase in escrow requirements.

4. The existing monthly mortgage payment is $512.20.

5. Counsel has reviewed the plan and plan funding and has determined that sufficient plan funding exists to implement the mortgage payment change.

6. The Debtor requests that the Trustee implement the Notice by disbursing the sum of $1058.28 monthly beginning February 2026 and forward.

7. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Name of creditor:_ LoanDepot.com, LLC

Court claim number: 6

| | |
|---|---|
| November 19, 2025 | Respectfully Submitted, |
| | /s/ Jana S. Pail |
| | Jana S. Pail, Esquire |
| | 1178 Driftwood Drive |
| | Pittsburgh, PA 15243 |
| | Jana@Paillaw.com |
| | 412-400-3833 |
| | PA ID No. 88910 |